UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

Miguel Hernandez Aguilar,
               Plaintiff(s),

   -against-

Thomas Decker in his official capacity as Director of the
New York Field Office of U.S. Immigrations & Customs      20cv04172 (GBD)
Enforcement; Chad Wolf in his official capacity as acting      ORDER
Secretary, U.S. Department of Homeland Security; William
Barr in his official capacity as Attorney General of the United
States,
               Defendant(s).
------------------------------------------------------------------X

GEORGE B. DANIELS, DISTRICT JUDGE:

    **MIGUEL HERNANDEZ AGUILAR**, has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. §2241. Upon review of that petition, the government is ordered to submit a response to the petition on or before **July 30, 2020**.

    The clerk of the court is directed to serve a copy of this order and the underlying petition on the United States Attorney for the Southern District of New York.

Dated: New York, New York
         June 3, 2020

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge