UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MIGUEL HERNANDEZ AGUILAR,

                             Petitioner,

    -against-

THOMAS DECKER, *in his official capacity as Director
of the New York Field Office of U.S. Immigrations &
Customs Enforcement*, CHAD WOLF, *in his official
capacity as Acting Secretary, U.S. Department of
Homeland Security*, and WILLIAM BARR, *in his official
capacity as Attorney General of the United States*,

                             Respondents.

------------------------------------- X

ORDER

20 Civ. 4172 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    This Court adopts the parties' agreed-upon briefing schedule, which is as follows:

- June 19, 2020: Respondents' opposition to Petitioner's petition for a writ of habeas corpus and motion for an order to show cause, a temporary restraining order, and a preliminary injunction.

- June 26, 2020: Petitioner's reply, if any.

Accordingly, the show cause hearing scheduled for June 11, 2020 is hereby adjourned to **June 30, 2020** at **10:30 a.m.** The hearing will take place by Skype for Business videoconference.

SO ORDERED.

Dated: June 9, 2020
       New York, New York

                                                GEORGE B. DANIELS
                                                United States District Judge