UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MIGUEL HERNANDEZ AGUILAR,

                Plaintiff,

    -against-

THOMAS DECKER, *in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement* et al.,

                Respondents.

------------------------------------ x



ORDER

20 Civ. 4172 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Respondents' request for an extension of time to respond to the Petitioner's motion to enforce the Court's August 27, 2020 Order, (ECF No. 34), by October 16, 2020 is GRANTED.

Dated: October 2, 2020
       New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge