UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MIGUEL HERNANDEZ AGUILAR,

    -against-

THOMAS DECKER, *in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*;

CHAD WOLF, *in his official capacity as Secretary, U.S. Department of Homeland Security*; and

WILLIAM BARR, *in his official capacity as Attorney General, U.S. Department of Justice*,

                  Defendants.

------------------------------------- x

ORDER

20 Civ. 4172 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Petitioner's letter request (ECF No. 42) to withdraw his motion to enforce this Court's August 27, 2020 order (ECF No. 32) is GRANTED. The Clerk of Court is directed to close this case.

Dated: October 18, 2022
      New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            United States District Judge